BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ATagvoryan@BlankRome.com
Neeru Jindal (SBN 235082)
NJindal@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

Attorneys for Defendant
YTEL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA C. DE LA CABADA and DEBRA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     vs.<br><br>YTEL, INC., a California corporation,<br><br>            Defendant. | Case No. 3:19-cv-07178-JSC<br>(Assigned to Magistrate Judge Jaqueline Scott Corley)<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed:    October 30, 2019 |

147419.00602/122365693v.1

PROOF OF SERVICE

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On December 26, 2019, I served the foregoing documents entitled:

1. **NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**

2. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT; and**

3. **[PROPOSED] ORDER.**

Said documents were served on the interested parties in this action as follows:

**(SEE ATTACHED SERVICE LIST)**

☒   **BY ELECTRONIC FILING:**  I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the court.  The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.  Under said practice, the CM/ECF users listed on the attached Service List were served, as indicated.

Executed on December 26, 2019, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Jesse Rodriguez*

JESSE RODRIGUEZ

# SERVICE LIST

| | |
|---|---|
| BURSOR & FISHER, P.A.<br>L. Timothy Fisher<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Tel: 925.300.4455<br>Fax: 925.407.2700<br>Email: ltfisher@bursor.com | *Attorneys for Plaintiffs* |
| BURSOR & FISHER, P.A.<br>Joseph I. Marchese (pro hac vice pending)<br>Philip L. Fraietta (pro hac vice pending)<br>888 Seventh Avenue<br>New York, NY 10019<br>Tel: 646-837-7150<br>Fax: 212-989-9163<br>Email: jmarchese@bursor.com<br>          pfraietta@bursor.com | *Attorneys for Plaintiffs* |
| EDELSON PC<br>Benjamin H. Richman (pro hac vice pending)<br>Daniel J. Schneider (pro hac vice pending)<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Tel: 312-589-6370<br>Fax: 312-589-6378<br>Email: brichman@edelson.com<br>          dschneider@edelson.com | *Attorneys for Plaintiffs* |