**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

**EDELSON PC**
Daniel J. Schneider (*Pro Hac Vice*)
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
E-Mail: dschneider@edelson.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA C. DE LA CABADA and DEBRA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br><br>     v.<br><br>YTEL, INC., a California corporation,<br><br>                            Defendant. | Case No. 3:19-cv-07178-JSC<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT
CASE NO. 3:19-CV-07178-JSC

1    Plaintiffs Laura C. De la Cabada and Debra Williams ("Plaintiffs") and Defendant Ytel, Inc. ("Defendant") hereby notify this Court that parties have reached a settlement of Plaintiffs' claims.  The parties are in the process of effectuating their agreement and anticipate filing a notice of dismissal next month.

Dated: July 28, 2020                    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:    /s/ L. Timothy Fisher
              L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:   ltfisher@bursor.com

*Attorneys for Plaintiffs*