**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*Pro Hac Vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

**EDELSON PC**
Daniel J. Schneider (*Pro Hac Vice*)
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
E-Mail: dschneider@edelson.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA C. DE LA CABADA and DEBRA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YTEL, INC., a California corporation,<br><br>Defendant. | Case No. 3:19-cv-07178-JSC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
CASE NO. 3:19-CV-07178-JSC
147419.00602/123685339V.2

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Laura De la Cabada and Debra Williams ("Plaintiffs") and Defendant Ytel, Inc. ("Defendant") (together, the "Parties"), by and through their respective counsel of record, stipulate to dismissal <u>without prejudice</u> of Plaintiffs' claims.  The Parties agree to bear their own fees and costs.  Upon meeting certain conditions—completion of which is anticipated in October, 2020—the Parties will file a stipulation of dismissal with prejudice of Plaintiffs' claims.  The Parties request that the Court retain jurisdiction until such time.

Dated: August 6, 2020

**LAURA C. DE LA CABADA** and **DEBRA WILLIAMS**, individually and on behalf of all others similarly situated

By: */s/ L. Timothy Fisher*
    L. Timothy Fisher

Benjamin H. Richman*
brichman@edelson.com
Daniel J. Schneider (admitted *pro hac vice*)
dschneider@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone: 312.589.6370
Facsimile: 312.589.6378

L. Timothy Fisher (SBN 191626)
ltfisher@bursor.com
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Tel: 923.300.4455
Fax: 925.407.2700

Philip L. Fraietta
pfraiette@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
Tel: 646-837-7150
Fax: 212-989-9163

*Counsel for Plaintiffs and the Putative Classes*

Dated:  August 6, 2020                                    **YTEL, INC.,**

                                                          By: */s/ Harrison Brown*
                                                                  Harrison Brown

                                                          BLANK ROME LLP
                                                          Ana Tagvoryan (SBN 246536)
                                                          ATagvoryan@BlankRome.com
                                                          Harrison Brown (SBN 291503)
                                                          HBrown@BlankRome.com
                                                          2029 Century Park East, 6th Floor
                                                          Los Angeles, California 90067
                                                          Telephone: 424.239.3400
                                                          Facsimile: 424.239.3434

                                                          *Attorneys for Ytel, Inc.*

SIGNATURE ATTESTATION

I attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: August 6, 2020                                     By: */s/ L. Timothy Fisher*
                                                                  L. Timothy Fisher