1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  1990 North California Blvd., Suite 940
   Walnut Creek, CA 94596
3  Telephone: (925) 300-4455
   Facsimile:  (925) 407-2700
4  E-mail: ltfisher@bursor.com

5  **BURSOR & FISHER, P.A.**
   Philip L. Fraietta (*Pro Hac Vice*)
6  888 Seventh Avenue
   New York, NY 10019
7  Telephone: (646) 837-7150
   Facsimile:  (212) 989-9163
8  E-Mail: pfraietta@bursor.com

9  **EDELSON PC**
   Daniel J. Schneider (*Pro Hac Vice*)
10 350 North LaSalle Street, 14th Floor
   Chicago, IL 60654
11 Telephone: (312) 589-6370
   Facsimile:  (312) 589-6378
12 E-Mail: dschneider@edelson.com

13 *Attorneys for Plaintiffs*

14

15                 **UNITED STATES DISTRICT COURT**

16                 **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| LAURA C. DE LA CABADA and DEBRA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>YTEL, INC., a California corporation,<br><br>                    Defendant. | Case No. 3:19-cv-07178-JSC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Laura De la Cabada and Debra Williams ("Plaintiffs") and Defendant Ytel, Inc. ("Defendant") (together, the "Parties"), by and through their respective counsel of record, stipulate to dismissal <u>with prejudice</u> of Plaintiffs' claims. The Parties agree to bear their own fees and costs.

Dated: October 14, 2020

**LAURA C. DE LA CABADA** and **DEBRA WILLIAMS**, individually and on behalf of all others similarly situated

By: */s/ L. Timothy Fisher*
    L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

Philip L. Fraietta (*Pro Hac Vice*)
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

Daniel J. Schneider (*Pro Hac Vice*)
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
E-Mail: dschneider@edelson.com

*Counsel for Plaintiffs and the Putative Classes*

| | |
|---|---|
| Dated:  October 14, 2020 | **YTEL, INC.**, |
| | By: */s/ Harrison Brown* |
| |       Harrison Brown |
| | BLANK ROME LLP |
| | Ana Tagvoryan (SBN 246536) |
| | ATagvoryan@BlankRome.com |
| | Harrison Brown (SBN 291503) |
| | HBrown@BlankRome.com |
| | 2029 Century Park East, 6th Floor |
| | Los Angeles, California 90067 |
| | Telephone: 424.239.3400 |
| | Facsimile:  424.239.3434 |
| | *Attorneys for Ytel, Inc.* |

### SIGNATURE ATTESTATION

I attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

| | |
|---|---|
| Dated: October 14, 2020 | By: */s/ L. Timothy Fisher* |
| |       L. Timothy Fisher |